No. 97–174. CASS COUNTY, MINNESOTA, ET AL. v. LEECH LAKE BAND OF CHIPPEWA INDIANS. C. A. 8th Cir. [Certiorari granted, ante, p. 944.] Motion of the Solicitor General for leave

to participate in oral argument as *amicus curiae* and for divided argument granted.